**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Robert Sprinkle | ) | |
| Rita Sprinkle | ) | Case No. 10-54770 |
| | ) | |
| Debtor | ) | Judge  Doyle |

**FINAL  REPORT OF  DEBTOR IN POSSESSION**

Robert and Rita Sprinkle, by and through their attorney, Karen J. Porter, for its final report pursuant to Bankruptcy Rule 1019(5) states as follows

1. Debtors commenced a voluntary chapter 11 bankruptcy case on December 20, 2010.

2. On February 7, 2012, the court entered an order converting the chapter 11 case to one under chapter 7.

3. The Debtors incurred the following debts after the commencement of the case:

   A. Porter Law Network
      230 West Monroe, Suite 240
      Chicago, Il 60606
      $9147.24

   B. John Wall
      500 North Michigan, Suite 300
      Chicago, Il 60611
      $3812.00

                                        ROBERT AND RITA SPRINKLE

                                        By:  _/S/Karen J. Porter_____
                                             Karen J. Porter

Karen J. Porter
Atty No.  6188626
**PORTER LAW NETWORK**
230 West Monroe, Suite 240
Chicago, Il 60606
312-372-4400
Fax 312-372-4160